```
218064034           6/5/2018 12:01 PM
PGS   1             $13.00      DF $0.00
Electronically Recorded Official Records El Paso County CO
Chuck Broerman, Clerk and Recorder
TD1000   N
```

COUNTY COURT, DOUGLAS COUNTY, COLORADO
Court Address:
4000 Justice Way

Castle Rock, CO 80109-7546

Case Number: 14C -035466
Div.: A

| | |
|---|---|
| Plaintiff: PRECISE FINANCIAL GROUP LLC | Attorney for Judgement Creditor<br>**Vargo & Janson P.C.**<br>℅ 1625 S. Iris Way<br>Lakewood, CO 80232-6347<br>(303) 238-8832   FILE# 85870 |
| Defendant: BENTON, JONATHAN | |

## TRANSCRIPT OF JUDGMENT

Original Judgment Amount:      $2,833.47    Judgment Date: January 15, 2015
Revived Judgment Amount:       $.00         Judgment Date:
Judgment Status:    UNSATISFIED

Additional Remarks:
23.9% PER ANNUM

Debtor(s):   JONATHAN BENTON, 1394 N TABOR DR, CASTLE ROCK, CO 80104

Creditor(s): PRECISE FINANCIAL GROUP LLC, 5005 W 81st place suite 401,
             Westminster, CO 80031


Balance of Judgment to Date:            $2,833.47

I hereby certify that the above is a true and complete transcript of the
judgment in the above-referenced case which is retained in my office.


Cheryl A Layne
Clerk of Court
COUNTY COURT, DOUGLAS COUNTY

DATE: May 29, 2018           BY _____
                                Deputy Clerk

# EXHIBIT A