EXHIBIT B

BILL OF SALE

This Bill of Sale is delivered by the undersigned, Precise Financial Group, LLC ("Seller"), pursuant to the provisions of the Purchase and Sale Agreement ("Agreement") dated and effective as of March 20, 2017, by and between Seller and Marshall Recovery II, LLC ("Purchaser").

The Seller hereby sells, transfers, assigns, sets-over, quitclaims and conveys to Purchaser without recourse and without representations or warranties of any type, kind, character or nature, express or implied, except those set forth in the Agreement, all of Seller's right, title and interest in and to each of the Accounts as set forth in Exhibit A to the Agreement, together with the right to collect all principal, interest or other proceeds of any kind with respect to the Accounts remaining due and owing as of the date hereof.

DATED: March 20, 2017

By: *[signature]*
Beverly Bishop, Director
Precise Financial Group, LLC
5005 West 81st Place, Suite 401
Westminster, CO 80031
(303) 532-4000 (phone)

# EXHIBIT B