| | |
|---|---|
| COUNTY COURT, DOUGLAS COUNTY, COLORADO<br><br>4000 Justice Way, Castle Rock, CO 80109<br><br>**Plaintiff(s):**<br>PRECISE FINANCIAL GROUP, LLC<br><br>**Defendant(s):**<br>JONATHAN BENTON<br><br>Judgment Creditor's Attorney:<br>Vargo & Janson PC<br>PO Box 280389<br>Lakewood CO 80228-0389<br>303 238-8832          *V&J File: 85870 | **ISSUED BY COURT**<br>**08/31/2017**<br>DATE FILED: August 31, 2017 10:14 AM<br>CASE NUMBER: 2014C35466<br><br>*Cheryl Layne*<br><br>**Cheryl Layne**<br>▲ COURT USE ONLY ▲<br>**Clerk of the Court**<br><br>Case Number:  14C35466<br><br>Ctrm./Div.: |

**WRIT OF CONTINUING GARNISHMENT**

JUDGMENT DEBTOR'S name, last known address, other identifying information: JONATHAN BENTON, 1394 N TABOR DR, CASTLE ROCK CO 80104, SSN:_____ and/or DOB 12/8/72.

| | | |
|---|---|---|
| 1. | Original or Revised Amount of Judgment Entered on 1/15/15<br>a. Effective Garnishment Period<br>☐ 91 days (Judgment entered prior to August 8, 2001)<br>x 182 days (Judgment entered on or after August 8, 2001) | $2833.47 |
| 2. | Plus any interest due on judgment (currently 23.9% per annum) | $1690.32 |
| 3. | Taxable costs (including estimated cost of service of this Writ) | $127.32 |
| 4. | Less any amount paid | -$0.00 |
| 5. | Principal Balance /Total amount due and owing | $4651.11 |

I affirm under penalty of perjury that I am authorized to act for the Judgment Creditor and this is a correct statement as of 8/30/17.

PRECISE FINANCIAL GROUP, LLC, Judgment Creditor

c/o **Vargo & Janson PC**
PO Box 280389
Lakewood CO 80228-0389
303 238-8832

By:_____
Attorney for Judgment Creditor

============================================================================

**WRIT OF CONTINUING GARNISHMENT**

THE PEOPLE OF THE STATE OF COLORADO to the sheriff of any Colorado County, or to any person 18 years or older and who is not a party to this action:
You are directed to serve **TWO COPIES** of this Writ of Continuing Garnishment upon: **SERVICE KING PAINT & BODY, LLC, R/A THE CORPORATION COMPANY, 7700 E ARAPAHOE RD #220, CENTENNIAL CO 80112**, Garnishee, with proper return of service to be made to the Court.
**TO THE GARNISHEE: YOU ARE SUMMONED AS A GARNISHEE IN THIS ACTION AND ORDERED:**
a. To answer the following questions under oath and file your answers with the Clerk of the Court AND mail a completed copy with your answers to the JUDGMENT CREDITOR'S ATTORNEY no less than 7 nor more than 14 days following the time you pay the Judgment Debtor for the first time following service of this Writ, or 42 days following service of this Writ upon you, whichever is less. **YOUR FAILURE TO ANSWER THIS WRIT OF CONTINUING GARNISHMENT MAY RESULT IN THE ENTRY OF A DEFAULT AGAINST YOU.**

**IN CASE OF TERMINATION, PLEASE CONTACT VARGO & JANSON AT 303-238-8832.**

# EXHIBIT C

b. To pay any nonexempt earnings to the party designated in "e" below no less than 7 nor more than 14 days following each time you pay the Judgment Debtor during the effective Garnishment Period of this Writ and attach a copy of the Calculation of the Amount of Exempt Earnings used (the Calculation under "Questions to be Answered by Garnishee" should be used for the first pay period, and one of the multiple Calculation forms included with this Writ should be used for all subsequent pay periods).

c. To deliver a copy of this Writ, together with the Calculation of the Amount of Exempt Earnings and a blank Objection to Calculation of the Amount of Exempt Earnings form, the first time you pay the Judgment Debtor.

d. To deliver to the Judgment Debtor a copy of each subsequent Calculation of the Amount of Exempt Earnings each time you pay the Judgment Debtor for earnings subject to this Writ.

e. MAKE CHECKS PAYABLE AND MAIL TO: ☐Judgment Creditor named above (only if the Judgment Creditor is a licensed collection agency pursuant to 12-14-101, et. seq., C.R.S.);☒Judgment Creditor's Attorney (if applicable); or to the ☐ Clerk of the ☐County Court or ☐District Court in _____ (city), Colorado (Must select if the Judgment Creditor is not represented by an attorney AND is not a licensed collection agency pursuant to 12-14-101, et. seq., C.R.S.)

Name: **VARGO & JANSON PC, PO BOX 280389, LAKEWOOD, CO 80228-0389**
Address: _____
PLEASE PUT THE CASE NUMBER (shown above) ON THE FRONT OF THE CHECK.

CLERK OF THE COURT         By Deputy Clerk: _____
                           Date: _____

## NOTICE TO GARNISHEE

a. This Writ applies to all nonexempt earnings owed or owing during the Effective Garnishment Period shown on Line 1a on the front of this Writ or until you have paid to the party, designated in paragraph "e" on the front of this Writ, the amount shown on Line 5 on the front of this Writ, whichever occurs first. However, if you have already been served with a Writ of Continuing Garnishment for Child Support, this new Writ is effective for the Effective Garnishment Period after any prior Writ terminates.

b. "Earnings" includes all forms of compensation for Personal Services. Also read "Notice to Judgment Debtor" below.

c. In no case may you withhold any amount greater than the amount on Line 5 on the front of this Writ.

## QUESTIONS TO BE ANSWERED BY GARNISHEE

Judgment Debtor's Name: _____   Case Number: _____
The following questions MUST be answered by you under oath:

a. On the date and time this Writ of Continuing Garnishment was served upon you, did you owe or do you anticipate owing any of the following to the Judgment debtor within the Effective Garnishment Period shown on Line 1a on the front of this Writ? (Mark appropriate box(es)):
   1. ☐WAGES/SALARY/COMMISSIONS/BONUS/OTHER COMPENSATION FOR PERSONAL SERVICES (Earnings)

   2. ☐Health, Accident or Disability Insurance Funds or Payments

   3. ☐Pension or Retirement Benefits (for suits commenced prior to 5/1/91 ONLY - check front of Writ for date)
   If you marked any box above, indicate how the Judgment debtor is paid: ☐weekly ☐bi-weekly ☐semi-monthly ☐monthly ☐other The Judgment Debtor will be paid on the following dates during the Effective Garnishment Period shown on Line 1a (front of this Writ):_____

b. Are you under one or more of the following writs of garnishment? (Mark appropriate box(es)):
   4. ☐Writ of Continuing Garnishment (Expected Termination Date: _____)

   5. ☐Writ of Garnishment for Support (Expected Termination Date: _____)

c. If you marked Box 1 and you did NOT mark either Box 4 or 5, complete the Calculation below for each pay period following receipt of this Writ. If you marked either Box 4 or 5, you must complete Calculations beginning with the first pay period following termination of the prior writ(s).

d. If you marked Box 2 or 3 and you did NOT mark either Box 4 or 5, complete the Calculation below for each pay period following receipt of this Writ. If you marked either box 4 or 5, you must complete Calculations beginning with the first pay period following termination of the prior writ(s). However, there are a number of total exemptions, and you should seek legal advice about such exemptions. **If the earnings are totally exempt, please mark box 6 below:**

6. ☐ The earnings are totally exempt because: _____

## CALCULATION OF THE AMOUNT OF EXEMPT EARNINGS (Each Pay Period)

| | |
|---|---|
| Gross Earnings for the pay period from _____ thru _____ | $ _____ |
| Less Deductions Required by Law (For Example, Withholding Taxes, FICA) | - $ _____ |
| Disposable Earnings (Gross Earnings less Deductions) | = $ _____ |
| Less Statutory Exemption (Use Exemption Chart Below) | - $ _____ |
| Net Amount Subject to Garnishment | = $ _____ |
| Less Wage/Income Assignment(s) During Pay Period (If Any) | - $ _____ |
| **Amount to be withheld and paid** | = $ _____ |

| EXEMPTION CHART ("Minimum Hourly Wage" means state or federal minimum wage, whichever is greater.) | PAY PERIOD | AMOUNT EXEMPT IS THE GREATER OF: |
|---|---|---|
| | Weekly | 30 x Minimum Hourly Wage or 75% of Disposable Earnings |
| | Bi-weekly | 60 x Minimum Hourly Wage or 75% of Disposable Earnings |
| | Semi-monthly | 65 x Minimum Hourly Wage or 75% of Disposable Earnings |
| | Monthly | 130 x Minimum Hourly Wage or 75% of Disposable Earnings |

I certify that I am authorized to act for the Garnishee; that the above answers are true and correct; and that I have delivered a copy of this Writ, together with the Calculation of the Amount of Exempt Earnings and a blank Objection to Calculation of the Amount of Exempt Earnings form to the Judgment Debtor at the time earnings were paid for each pay period (if earnings were paid).

Name of Garnishee (Print) _____
Address _____
Phone Number _____

_____
Name of Person Answering (Print)

_____
Signature of Person Answering

## NOTICE TO JUDGMENT DEBTOR

a. The Garnishee may only withhold nonexempt earnings from the amount due you, but in no event more than the amount on Line 5 on the front of this Writ, UNLESS YOUR EARNINGS ARE TOTALLY EXEMPT, in which case NO EARNINGS CAN BE WITHHELD. You may wish to contact a lawyer who can explain your rights.

b. If you disagree with the amount withheld, you must talk with the Garnishee within 7 days after being paid.

c. If you cannot settle the disagreement with the Garnishee, you may complete and file the attached Objection with the Clerk of the Court issuing this Writ within 14 days after being paid. YOU MUST USE THE FORM ATTACHED or a copy of it.

d. You are entitled to a court hearing on your written objection.

e. Your employer cannot fire you because your earnings have been garnished. If your employer discharges you in violation of your legal rights, you may, within 91 days, bring a civil action for the recovery of wages lost because you were fired and for an order requiring that you be reinstated. Damages will not exceed 6 weeks' wages and attorney fees.

| | |
|---|---|
| State of Colorado<br>County _____ Court of County _____ County<br>**Court Address:**<br>4000 JUSTICE WAY<br>CASTLE ROCK, CO 80109 | **RECEIVED**<br>**SEP 27 2017**<br>By: _____ |
| **Plaintiff(s)/Petitioner(s):**<br>precise financial group llc<br>v.<br>**Defendant(s)/Respondent(s):**<br>JONATHAN S BENTON | **COURT USE ONLY** |
| **Attorney or Party Without Attorney (Name and Address):**<br>VARGO AND JANSON PC<br>PO BOX 280389<br>LAKEWOOD, CO 80228 | **Case Number:**<br>14C35466 |

## ANSWER OF GARNISHEE

### NOTICE TO GARNISHEE

a. This writ applies to all nonexempt earnings owed or owing during the EFFECTIVE PERIOD SHOWN ON LINE 1 on the front of this Writ - either 90 days or 180 days following service of this Writ or until you have paid to the party, designated in Paragraph "e" on the front side of this Writ, the amount shown on line 5 of the front of this Writ, whichever occurs first. **However, if you have already been served with a Writ of Continuing Garnishment or Writ of Garnishment for Child Support, this new Writ is effective for the 180 days after any prior Writ terminates.**

b. "EARNINGS" INCLUDES ALL FORMS OF COMPENSATION FOR PERSONAL SERVICES. Also read "Notice to Judgment Debtor" below.

c. In no case may you withhold any amount greater than the amount on Line 5 on the front of this Writ.

### QUESTIONS TO BE ANSWERED BY GARNISHEE

You MUST answer the following questions under oath:

A. On the date and time this Writ of Continuing Garnishment was served upon you, did you owe or do you anticipate owing any of the following to the Judgment Debtor within the next 180 days? (Mark appropriate boxes)
   1. [X] WAGES/SALARY/COMMISSIONS/BONUS/OTHER COMPENSATION FOR PERSONAL SERVICES (Earnings)
   2. [ ] Health, Accident or Disability Insurance Funds or Payments
   3. [ ] Pension or Retirement Benefits (for suits commenced prior to 5/1/91 ONLY - check front of Writ for date)

   If you marked any box above, indicate how the Judgment Debtor is paid: Weekly
   The Judgment Debtor will be paid on the following two paydates for the EFFECTIVE PERIOD SHOWN ON LINE 1 OF THE FRONT OF THIS WRIT:
   09/22/2017 and 09/29/2017

B. Are you under one or more Writs of garnishment? _X_ No ___ Yes
   4. [ ] Writ of Continuing Garnishment (Expected Termination Date _____) **See attached if applicable.**
   5. [ ] Writ of Garnishment for Support (Expected Termination Date _____) **See attached if applicable.**

C. If you marked Box 1 and you did NOT mark either Box 4 or 5, complete the calculation below for the "First Pay Period" following receipt of this Writ. If you marked either 4 or 5, you must complete calculations beginning with the first pay period following termination of the prior writ(s).

D. If you marked Box 2 or 3 and you did NOT mark either Box 4 or 5, complete the calculation below for the "First Pay Period" following receipt of this Writ. If you marked either Box 4 or 5, you must complete calculations beginning with the first pay period following termination of the prior writ(s). However, there are a total number of exemptions, and you should seek legal advice about such exemptions. IF THE EARNINGS ARE TOTALLY EXEMPT, PLEASE MARK BOX 6 BELOW:
   6. [ ] THE EARNINGS ARE TOTALLY EXEMPT BECAUSE _____

E. [ ] If checked, the defendant has filed a petition in bankruptcy court.

F. [ ] Defendant is not employed. Employee Status: Active    Status Date: _____

### CALCULATION OF THE AMOUNT OF EXEMPT EARNINGS (First Pay Period)

| | | |
|---|---|---|
| Gross Earnings for the First Pay Period from 09/03/2017 thru 09/09/2017 | $ | 484.80 |
| Less Deductions Required by Law (For Example, Withholding Taxes, FICA) | - $ | 82.54 |
| Disposable earnings (Gross earnings less deductions) | = $ | 402.26 |
| Less Statutory Exemption (Use Exemption Chart Below) | - $ | 301.70 |

14C35466

| | | | |
|---|---|---|---|
| Net Amount Subject to Garnishment | | = $ | 100.56 |
| Less Wage/Income Assignment(s) During Pay Period (If Any) | | - $ | 4.61 |
| AMOUNT TO BE WITHHELD AND PAID | | = $ | 95.95 |

| EXEMPTION CHART (minimum hourly wage means state or federal minimum wage whichever is greater) | PAY PERIOD | AMOUNT EXEMPT IS GREATER OF |
|---|---|---|
| | Weekly | 30 X Minimum Hourly Wage or 75% of Disposable Earnings |
| | Bi-Weekly | 60 X Minimum Hourly Wage or 75% of Disposable Earnings |
| | Semi-monthly | 65 X Minimum Hourly Wage or 75% of Disposable Earnings |
| | Monthly | 130 X Minimum Hourly Wage or 75% of Disposable Earnings |

I affirm that I am authorized to act for the Garnishee, the above answers are true and correct, and I have delivered a copy of this Writ, together with the Calculation of the Amount of Exempt Earnings and a blank Objection to Calculation of the Amount of Exempt Earnings from to the Judgment Debtor at the time earnings were paid for the "First Pay Period" (if earnings were paid).

09/20/2017
Date Prepared

Subscribed under oath before me on 09/20/2017

*Tonya Bass* (signature)

Notary Public / Deputy Clerk

My Commission Expires: 09/10/2018



SERVICE KING COLLISION REPAIR
Name of Garnishee (Print)

1935 Liggett Rd

Castle Rock, CO 80109
Address

(800) 823-6731
Phone Number

Monica K Reeves
Name of Person Answering (Print)

(signature)

Signature of Person Answering