

Cathleen H. Heintz
720.875.9745
cheintz@hkjp.com

**HARRIS, KARSTAEDT,
JAMISON & POWERS, P.C.**
ATTORNEYS AT LAW
10333 E. Dry Creek Road, Suite 300
Englewood, Colorado  80112
Telephone 720.875.9140
Facsimile 720.875.9141
www.hkjp.com

December 13, 2019

*Via First Class and Electronic Mail*

Omar T. Sulaiman
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, IL 60148
Electronic Mail: osulaiman@sulaimanlaw.com

      Re:    *Jonathan S. Benton v. Vargo & Janson, P.C.,* U.S. Dist. Ct., D. Colorado,  Civil Action No. 19-CV-03297-LTB

Dear Mr. Sulaiman:

    Our firm represents Vargo & Janson, P.C. in the matter filed in U.S. District Court, District of Colorado on November 21, 2019 on behalf of your client, Mr. Jonathan S. Benton. Pursuant to my call to Mr. Sulaiman today, please contact me at your earliest convenience to discuss this matter.

    As mentioned in my call to Mr. Sulaiman, the law firm of Vargo & Janson, P.C. represents Marshall Recovery II, LLC. In March 2017, Marshall Recovery II, LLC purchased from Precise Financial Group, LLC the debt owed by Mr. Benton to his original creditor, HSBC/Metris. Prior to this purchase, on January 15, 2015, Precise Financial Group, LLC secured a judgment on behalf of HSBC/Metris through the Douglas County Court for the amount of $2,833.47. (A copy of the Transcript of Judgment, the "Judgment", is attached hereto for your records). Upon issuance of the Judgment, Vargo & Janson, P.C. has since been attempting to collect this debt on behalf of its client, the judgment creditor.

    In September 2017 Mr. Benton called Vargo & Janson, P.C. regarding the garnishment of his wages pursuant to the Judgment. Vargo and Janson, P.C. generously agreed to reduce the amount owed of $4,651.11 to only $3,000.00 on the condition that Mr. Benton pay $25.00 per week until the debt was extinguished. Mr. Benton accepted this offer, but then defaulted on the agreement after only a few payments. That agreement is, therefore, null and void. At   this   point, Mr. Benton has paid a total of $197.71 toward this debt, secured through garnishment, and which balance continues to accrue at a rate of 23.9%.

**EXHIBIT E**

December 13, 2019
Page 2

Mr. Benton's acknowledgment of the debt owed to Vargo & Janson, P.C.'s client is undisputed. Mr. Benton admitted owing the HSBC/Metris debt in various complaints he has made to the Colorado Collection Agency Board and the Consumer Financial Protection Bureau. Notably, each of these complaints, serially filed against Vargo & Janson, P.C. by Mr. Benton, has resulted in the matter being closed with *no administrative action taken.*

In light of these circumstances, this matter is ripe for a Motion to Dismiss, in which case we will demand attorney's fees and costs for preparation of such a motion. These expenses will be owed by Mr. Benton to Vargo & Janson, P.C. *in addition* to the amounts he currently owes on their client's debt. As you may be aware, recovery of fees and costs for vexatious and frivolous litigation such as is represented by Mr. Benton's lawsuit against Vargo & Janson is permitted pursuant to 28. U.S.C. 1927 and 15 U.S.C. 1681 n(c). Moreover, under these circumstances, a bad faith counter-claim is warranted pursuant to 15 U.S.C. 1692(k) (§813(a)(3) of the Fair Debt Collection Practices Act).

Accordingly, we recommend you withdraw you complaint **on or before December 17, 2019** before additional resources are unnecessarily expended in defense of this matter.

Sincerely,

Cathleen H. Heintz

Harris, Karstaedt, Jamison & Powers, P.C.

cc:

Vargo & Janson, P.C.
*Via electronic mail only*

| | |
|---|---|
| **From:** | Cathleen Heintz |
| **Sent:** | Friday, December 13, 2019 2:57 PM |
| **To:** | ataylor@sulaimanlaw.com; osulaiman@suliamanlaw.com |
| **Cc:** | Virginia Schermerhorn; Carol LaMont |
| **Subject:** | Jonathan S. Benton v. Vargo & Janson, P.C. |
| **Attachments:** | Benton TOJ (01544041x9D95D).pdf; 12-13-2019 Benton v. Vargo   Janson P.C., Letter to Sulaiman (01544154x9D95D).pdf |

Good Afternoon, Messrs. Taylor and Sulaiman – Our firm represents Vargo & Janson, P.C. in the matter filed in U.S. District Court , District of Colorado on November 21, 2019 by your client, Mr. Jonathan S. Benton. Pursuant to my call to Mr. Sulaiman today, please see attached correspondence and attachments thereto, and contact me at your earliest convenience to discuss this matter.


Respectfully,

*Cathleen H. Heintz*

Cathleen H. Heintz
Harris, Karstaedt, Jamison & Powers, P.C.
10333 E. Dry Creek Road, Suite 300
Englewood, CO  80112
Phone: 720-875-9140  Fax:  720-875-9141
Direct Line: 720-875-9745

Website: http://www.hkjp.com

******************* Confidentiality Notice *******************

This e-mail, including attachments, contains information that is confidential and may be protected by the attorney/client or other privileges.  It is intended only for the use of the individual or entity named above.  If you are not the intended recipient, or an employee or agent responsible for delivery to that recipient, you are hereby notified that you have received this transmission in error and that any disclosure, copying, distribution, or action taken in reliance on the contents of this transmission is prohibited.  If you have received this transmission in error, please immediately notify us by telephone (720/875-9140), and delete the original message.